# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOY PALO, an individual; ANTONIO VICENTE LOBOS, an individual; MARGARITA DIAZ, an individual; LETICIA QUIROZ, an individual; ARTURO & SOCORRO MADRIGAL, individuals; RAMESH & NIRMALA GUTTALU, individuals; SILVIA LOPEZ, an individual; MIGUEL O. ANDRADE, an individual; DANILO ORDONEZ, an individual; MARGUERITE DESELMS, an individual,<br><br>            Plaintiffs,<br><br>      vs.<br><br>JP MORGAN CHASE BANK, N.A., a Delaware corporation, in its own capacity and as an acquirer of certain assets and liabilities of Washington Mutual Bank; CHASE HOME FINANCE, LLC, and DOES 1-100, INCLUSIVE,<br><br>            Defendants. | Case No. SACV 11-858-JST(MLGx)<br><br>Hon. Josephine Staton Tucker<br><br>**JUDGMENT** |

1    WHEREAS, on August 9, 2011, the Court granted a Motion to Dismiss the
2 Complaint of Plaintiffs Choy Palo, Antonio Vicente Lobos, Margarita Diaz, Leticia
3 Quiroz, Arturo Madrigal, Socorro Madrigal, Ramesh Guttalu, Nirmala Guttalu,
4 Silvia Lopez, Miguelo Andrade, Danilo Ordonez and Marguerite Deselms
5 (collectively, "Plaintiffs"), without leave to amend.  *See* Court Docket No. 28.  The
6 Motion to Dismiss was brought by Defendant JPMorgan Chase Bank, N.A. (as
7 named and as successor by merger to Chase Home Finance LLC).
8    NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that
9 all claims in the Complaint of Plaintiffs are DISMISSED as to Defendant JPMorgan
10 Chase Bank, N.A. (as named and as successor by merger to Chase Home Finance
11 LLC).
12    **SUCH JUDGMENT IS HEREBY ENTERED.**
13
14
15 Dated:  September 22, 2011

    Hon. Josephine Staton Tucker
    United States District Court Judge
    Central District of California